No. _____

John Robert Manning      \*

     v.      \*

The State of Texas      \*

In The Court of
Criminal Appeals
of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

### PRO-SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the Appellant / Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Pro-SE Petition for Discretionary Review and in support thereof to show to the Court the following:

FILED
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

1. The style and number of this cause in the Court of Appeals is: John Robert Manning V. The State of Texas, Appeal No.'s 09-13-00533-CR and 09-13-00534-CR.

2. The style and number of this case in the Trial Court is: The State of Texas V. John Robert Manning, Cause No. 13-09-09713 CR from the 435th District Court of Montgomery County, Texas.

3. The conviction was affirmed in the Ninth Court of Appeals on December 9, 2015.

4. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is January 7, 2016.

5. An extension of time for a period of 90 days is requested that would make the due date April 6, 2016.

6. No prior request for an extension of time has been made.

7. The facts relied upon to show good cause for the requested extension of time are as follows: The Appellant was represented by court appointed counsel, Attorney Mark M. Phillips, from December 2013 until an unknown date. No explaination was provided by Mr. Phillips or the Court as to why he was removed as appellate counsel. The Court assigned new court appointed counsel without notification or authorization by the Appellant. Since then Appellant has had absolutly no communication with new counsel whom filed an unauthorized appellate brief with the 4th Court of Appeals. Appellant still has not recieved notification of appointment of counsel nor has recieved a copy of the brief which was presented to the Court of Appeals. The Courts refuse to appoint new counsel to file the Petition for Discretionary Review. Therefore, additional time is needed to obtain the appellate brief from the un-authorized appellate attorney and either seek legal assistance or file a Pro-Se petition.

Wherefore, Premises Considered, the Appellant / Petitioner respectfully request that this Honorable Court extend time for filing the Petition for Discretionary Review in this Court to April 6, 2016.

Respectfully Submitted,

John R. Manning Pro-Se.
TDCJ ID NO. 1899876
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

I John Robert Manning, TDCJ ID NO. 1899876, being presently incarcerated at the Barry Telford Unit, Bowie County, Texas hereby declare under penalty of perjury that the above mentioned are true and correct to the best of my knowledge.

Executed on the 21st day of December 2015.